SMITH *against* DIEHL.

CERTIORARI to a Justice of the Peace.

*Hemphill* for the defendant on this day moved for a priority on the argument list, under rule 55 of the Supreme Court, *April* 15, 1781.

*Ingersoll* objected to the priority upon three grounds. 1. Because the rule was obsolete. 2. Because it gave a priority merely in the *arrangement* of the list of arguments, which implied that the party must state his claim to the prothonotary before the list was arranged. 3. Because even if the claim could be made after the arrangement of the list, it should have been made, according to *The Commonwealth* v. *Pascalis,* (a) on the first day of the term.

PER CURIAM. If the court had been called upon to order the clerk how to make out his list, while this rule was in use, they would have directed the priority; but there never has been an application for the benefit of the rule during the argument period. The application is therefore too late, even if the rule is at present in force; but in fact it has not been adopted in practice for many years.

Motion denied.

1809.

Philadelphia, Friday, December 15.

Rule 55 of the Supreme Court, 15th *April*, 1781, does not give a priority to a certiorari to a justice, unless it is claimed before the arrangement of the argument list; and indeed it seems that the Rule is obsolete.